Argued January 19, affirmed January 19, 1972

STATE OF OREGON, *Respondent, v.* CURTIS M. PRIEST (No. 36774), *Appellant.*

492 P2d 829

*James G. Richmond,* Roseburg, argued the cause for appellant. With him on the brief was Harrison R. Winston, Roseburg.

*Doyle F. Schiffman,* District Attorney, Roseburg, argued the cause and filed the brief for respondent.

Before Schwab, Chief Judge, and Langtry and Fort, Judges.

AFFIRMED FROM THE BENCH.